# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JOSE NERY LOPEZ ESCALON,

Petitioner,

v.

PAMELA BONDI, ET AL.,

Respondents.

Case No. 26-cv-1322 (DMT/JFD)

---

JOSUE NERI LOPEZ ESCALOR,

Petitioner,

v.

JOEL BROTT, ET AL.,

Respondents.

Case No. 26-cv-1676 (NEB/EMB)

---

## ORDER REASSIGNING CASE

Case No. 26-cv-1322 having been assigned to U.S. District Judge Daniel M. Traynor and Magistrate Judge John F. Docherty, and Case No. 26-cv-1676 having later been assigned to U.S. District Judge Nancy E. Brasel and U.S. Magistrate Judge Elsa M. Bullard, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 26-cv-1676 be assigned to Judge Daniel M. Traynor and Magistrate John F. Docherty, *nunc pro tunc*, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this District's Order for Assignment of Cases dated July 19, 2021.

**IT IS FINALLY ORDERED** that a copy of this Order shall be placed in each of the above files.

Dated: March 11, 2026

Daniel M. Traynor
United States District Judge

Dated: March 11, 2026

*s/Nancy E. Brasel*
Nancy E. Brasel
United States District Judge